UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-11-208 |
| | § | |
| GILMAR APARICIO VARGAS-REYES | § | |

**ORDER**

BE IT REMEMBERED on this 5th day of July, 2011, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed April 01, 2011, wherein the defendant Gilmar Aparicio Vargas-Reyes waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Gilmar Aparicio Vargas-Reyes to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant Gilmar Aparicio Vargas-Reyes guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony,  in violation of 8 U.S.C.  1326(a) and (b)(1).

Signed this 5th day of July, 2011.

_____
Andrew S. Hanen
United States District Judge